The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS

DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

TORTS                                                                                          ACTIONS UNDER STATUTES

CONTRACT                     PERSONAL INJURY        PERSONAL INJURY/           FORFEITURE/PENALTY      BANKRUPTCY              OTHER STATUTES

[ ] 110  INSURANCE           [ ] 310 AIRPLANE       [ ] 367 HEALTHCARE/         [ ] 625 DRUG RELATED    [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120  MARINE              [ ] 315 AIRPLANE PRODUCT    PHARMACEUTICAL PERSONAL     SEIZURE OF PROPERTY     28 USC 158          [ ] 376 QUI TAM
[ ] 130  MILLER ACT              LIABILITY              INJURY/PRODUCT LIABILITY    21 USC 881          [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140  NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY     [ ] 690 OTHER            28 USC 157              REAPPORTIONMENT
         INSTRUMENT              SLANDER                PRODUCT LIABILITY                                                        [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF         [ ] 330 FEDERAL         [ ] 368 ASBESTOS PERSONAL                            PROPERTY RIGHTS        [ ] 430 BANKS & BANKING
         OVERPAYMENT &           EMPLOYERS'             INJURY PRODUCT                                                           [ ] 450 COMMERCE
         ENFORCEMENT             LIABILITY              LIABILITY                                         [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 460 DEPORTATION
         OF JUDGMENT         [ ] 340 MARINE                                                               [ ] 830 PATENT          [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT        [ ] 345 MARINE PRODUCT  PERSONAL PROPERTY                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION    ENCED & CORRUPT
[ ] 152  RECOVERY OF             LIABILITY          [ ] 370 OTHER FRAUD                                   [ ] 840 TRADEMARK             ORGANIZATION ACT
         DEFAULTED           [ ] 350 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                                             (RICO)
         STUDENT LOANS       [ ] 355 MOTOR VEHICLE                                                        SOCIAL SECURITY        [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)         PRODUCT LIABILITY                                                                                [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF         [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL      LABOR                     [ ] 861 HIA (1395ff)         PROTECTION ACT
         OVERPAYMENT            INJURY                  PROPERTY DAMAGE                                   [ ] 862 BLACK LUNG (923)
         OF VETERAN'S        [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR         [ ] 863 DIWC/DIWW (405(g))   [ ] 490 CABLE/SATELLITE TV
         BENEFITS                MED MALPRACTICE        PRODUCT LIABILITY          STANDARDS ACT          [ ] 864 SSID TITLE XVI       [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                          [ ] 720 LABOR/MGMT         [ ] 865 RSI (405(g))             COMMODITIES/
         SUITS                                                                     RELATIONS                                              EXCHANGE
[ ] 190  OTHER                                       PRISONER PETITIONS        [ ] 740 RAILWAY LABOR ACT  FEDERAL TAX SUITS
         CONTRACT                                   [ ] 463 ALIEN DETAINEE     [ ] 751 FAMILY MEDICAL                             [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT                                   [ ] 510 MOTIONS TO            LEAVE ACT (FMLA)        [ ] 870 TAXES (U.S. Plaintiff or  ACTIONS
         PRODUCT              ACTIONS UNDER STATUTES    VACATE SENTENCE                                       Defendant)          [ ] 891 AGRICULTURAL ACTS
         LIABILITY                                      28 USC 2255            [ ] 790 OTHER LABOR        [ ] 871 IRS-THIRD PARTY [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE            CIVIL RIGHTS          [ ] 530 HABEAS CORPUS          LITIGATION                 26 USC 7609                 MATTERS
                                                    [ ] 535 DEATH PENALTY      [ ] 791 EMPL RET INC                               [ ] 895 FREEDOM OF
                             [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER    SECURITY ACT (ERISA)                               INFORMATION ACT
REAL PROPERTY                    (Non-Prisoner)                                                                                   [ ] 896 ARBITRATION
                             [ ] 441 VOTING                                    IMMIGRATION                                        [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                [ ] 442 EMPLOYMENT     PRISONER CIVIL RIGHTS                                                            PROCEDURE ACT/REVIEW OR
         CONDEMNATION        [ ] 443 HOUSING/                                  [ ] 462 NATURALIZATION                                APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE             ACCOMMODATIONS     [ ] 550 CIVIL RIGHTS           APPLICATION
[ ] 230  RENT LEASE &        [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                          [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT               DISABILITIES -     [ ] 560 CIVIL DETAINEE         ACTIONS                                            STATE STATUTES
[ ] 240  TORTS TO LAND           EMPLOYMENT             CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT        [ ] 446 AMERICANS WITH
         LIABILITY               DISABILITIES -OTHER
[ ] 290  ALL OTHER           [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

☐  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____   OTHER _____       JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☐ NO           NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE *Frank Liu* pro se plaintiff not a lawyer
SIGNATURE OF ATTORNEY OF RECORD
ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)