**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Frank Liu

Write the full name of each plaintiff or petitioner.

-against-

The Nielsen Company (US) LLC, and
TNC (US) Holdings

Write the full name of each defendant or respondent.

No. __1:22__ CV __09084__

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __10/26/2022__.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☒ a computer with internet access and a word processor

   type of computer I will be using: __PC with Windows 11 Home Edition__

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: **Libre Office**

☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☒ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: **Phone camera**

☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:
Adobe Acrobat Reader. "PDFsam Basic" and Libre Office (export PDF)

☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

10/26/2022                                    *Frank Liu*
**Dated**                                     **Signature**

Frank Liu
**Name**

304 S. Jones BLVD #3416        Las Vegas          NV        89107
**Address**                    **City**          **State**  **Zip Code**

(818)835-0498                  frank.liu.96@gmail.com
**Telephone Number**           **E-mail Address**

## Additional Details

I have experience filing on ECF/Pacer in my previous lawsuit filed in US District Court for the Northern District of California. The previous lawsuit is case # 4:21-CV-07313 JSW. I already have a ECF/Pacer account.

The lawsuit in US District Court for Northern District of California was terminated on 9-23-2022 due to lack of personal jurisdiction. This is why I re-filled my lawsuit in this Court.

I hope this Court can grant me ability to file electronically for this lawsuit in the US District Court for the Southern District of New York.

Respectfully submitted,

*Frank Liu*

Dated: 10/26/2022

Frank Liu

Pro Se Plaintiff