Frank Liu

304 S. Jones BLVD #3416

Las Vegas, NV 89107

(818) 835-0498

frank.liu.96@gmail.com

Plaintiff in Pro Per

**CASE #: 1:22-cv-09084-LJL**

## Letter to Honorable Judge Linman

Dear Hon. Judge Linnan,

    I am requesting a new form USM285 "Process Receipt and Return" to be issued to Defendants "The Nielsen Company (US) LLC" and "TNC (US) Holdings."

The new address I would like both Defendants to be served at is:

Cogency Global

122 E. 42ND ST
18th Floor
New York, NY 10168

## Explanation and Background

Cogency Global is the registered agent for service for Defendants. They are open Monday through Friday 9 AM to 4 PM. Their phone number is 800-221-0102.

The reason why I am requesting a new form 285 be issued is because I spoke to the US Marshall and he informed me that he tried to serve Defendants at the 85 Broad St. location, but was informed by security that they no longer occupy that building. The US Marshall suggested form 285.

After being informed of the issue, I called Nielsen TV Ratings call center at 800-237-6493 and informed Nielsen employee Sandra of the issue the US Marshall had trying to serve Nielsen and she

transferred me to "client hotline" which did not appear to be the right department to speak to as I was not a client of Defendants.

  I called Nielsen back again and spoke to Will and informed him of the situation and Will claimed he did not know Nielsen's headquarters address.  I asked to speak to a supervisor but did not get the change to speak to one as Will hung up on me.  I called a third time and spoke to Kristie and informed her of the situation, and she told me to get a lawyer.  I informed her I was pro se and representing myself so I don't have a lawyer, and she hung up on me.  I called again and Kristie answered and quickly hung up on me.  I called once again seeing if I would get a different person and Kristie answered again and hung up on me once again.  All I wanted was to know Nielsen's headquarters address so I can update the Court but Nielsen representatives refused to provide that information for service even though I explained the situation where the US Marshall tried to serve Nielsen today.

I believed Cogency Global was Nielsen's authorized agent for service as I remember finding something online that stated they were back in 2021.  So I called Cogency Global today and after several calls and trying to get information, a Cogency Global employee finally confirmed they were still the authorized agent for Defendants and the address for service is 122 E. 42nd St. 18th Floor New York, New York 10168.

  In addition, on October 18, 2022 (a couple days before the lawsuit was submitted to this Court), I emailed Attorney Cardelle Spangler (who represents Defendants) requesting Defendants' authorized agent of service.  As of today (December 16, 2022) I still have not received a reply to that email.  See email below:

Question about registered agents for service

F L <frank.liu.96@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tue, Oct 18, 10:28 PM
to Cardelle

Ms. Spangler,

I am requesting the following:

1) Does Evergreen Coast Capital Corp. have a registered agent for service based in NYC and if so, what is the address and phone number?

If they do not have a registered agent in NY at all, what is the address and phone number for their registered agent in California?

2) What is Brookfield's registered agent address and phone number in NYC?

3) What is The Nielsen Company (US) LLC's registered agent address and phone number in NYC?

4) What is TNC US Holding's registered agent address and phone number in NYC?

5) Does Nielsen Holdings PLC have a registered agent address and phone number?  If so, what is it?

6) Will you be willing to accept service (from a party that is not me) through email?  If so, which specific parties will you accept services for?

Please let me know.  Thank you.

It is unfortunate that Nielsen's employees (Sandra, Will and Kristie) and Attorney Cardelle Spangler (who works for Winston & Strawn LLP who represents Defendants) have not been cooperative in providing me essential information so Defendants can be properly served. Thankfully the Internet tied Cogency Global as an authorized agent for service for Defendants and Cogency Global confirmed they are still the authorized agents for Nielsen after I was persistent and calling several times today.

It appears from speaking to the US Marshall, the Defendants no longer occupy 85 Broad St. The 85 Broad St. location appeared on my paystubs from years ago.

```
The Nielsen Company US LLC        Check Date:    01/04/2019
85 Broad St                       Check #   :    00095058001740
New York  NY  10004               Pay Period:    12/24/2018 - 01/06/2019
(646) 654-5000
```

I apologize to the Court for needing to request a new form 285 be issued with the new address. I have confirmed Cogency Global is their authorized agent for service for both Defendants. I respectfully request the Court issue a new form 285 with the following address for Defendants:

Cogency Global

122 E. 42ND ST
18th Floor
New York, NY 10168
800-221-0102

Respectfully submitted,

*Frank Liu*

Dated: 12/16/2022

Frank Liu

Pro Se Plaintiff