**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Frank Liu | 22-cv-9084-LJL |
| DEFENDANT | TYPE OF PROCESS |
| The Nielsen Company (US) LLC et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TNC (US) Holdings
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
85 Broad Street New York, NY 10004

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Frank Liu<br>304 S. Jones Blvd<br>#3416<br>Las Vegas, NV 89107 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  [x] PLAINTIFF  [ ] DEFENDANT
*Ashley A.*
TELEPHONE NUMBER
DATE: 11/7/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 
District of Origin No. 034
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 11/17/22

[ ] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[x] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 12/16/22   Time: 1200 [x] pm
Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS: NOT LOCATED AT LOCATION PROVIDED

Form USM-285
Rev. 03/21