Frank Liu

304 S. Jones BLVD #3416

Las Vegas, NV 89107

(818) 835-0498

frank.liu.96@gmail.com

Plaintiff in Pro Per

# CASE #: 1:22-cv-09084-JHR

**Letter to Honorable Judge Rearden**

**Requesting Extension of Time for "Process Receipt and Return of Service" as it pertains to Docket 15 (Amended Summons)**

Dear Hon. Judge Rearden,

    I am requesting an extension of time of up to 90 additional days for the "Marshal's Process Receipt and Return of Service" to be returned back to this Court for the "Amended Summons" issued on December 21, 2022 (Docket 15) for Defendants ("TNC US Holdings and "The Nielsen Company (US) LLC").

**Background Information and Reason for Request**

    On December 21, 2022, the Court issued an "AMENDED SUMMONS" (Dkt. 15) because it appears Defendants no longer occupy the building/address listed on the original summons in Docket 10. Dockets 16 and 17 came back "unexecuted" because they related to the original summons (dkt. 10) and not the Amended Summons (dkt. 15).

    On March 2, 2023, I spoke to the US Marshal Service to inquire about the service status for the Amended Summons. I was informed a US Marshal who was doing the process serving for Southern District of New York transferred to Florida, and there there was a replacement who has not been sent to academy to be trained yet. I was informed the US Marshal Service would be doing service by mail in the meantime.

On March 8, 2023, I emailed Defendants' attorney Cardelle Spangler regarding waiver of service and she replied back letting me know "Service was effectuated on Nielsen on March 6, 2023." Below is her email to me:

> **Spangler, Cardelle**
> to me
>
> Wed, Mar 8, 1:37 PM (9 days ago)
>
> Mr. Liu,
>
> Service was effectuated on Nielsen on March 6, 2023.  Thank you.
>
> Sincerely,
>
> Cardelle
>
> **Cardelle Spangler**
> Winston & Strawn LLP
> D: +1 312-558-7541
> winston.com
> *Pronouns: She, Her, Hers*
>
> **WINSTON & STRAWN LLP**

This morning, I called the US Marshal Service Field Office for the Southern District of New York to inquire about the service status.  I believe the person I spoke to informed me US Marshal Service mailed out the "summons and complaint" on February 28, 2023, but they haven't received the service consent form back from Defendants yet.

This morning, I emailed Cardelle Spangler to inquire about if she or Defendants have sent back the form to US Marshal Service yet or if/when she or Defendants will do so.  So far, I have not received a reply back.

Because the service deadline is approaching for the "Amended Summons," I hope the Court will grant an extension of an additional 90 days for the "Process Receipt and Return of Service" to be returned back to the Court as it pertains to the "Amended Summons" (Dkt. 15).


Respectfully submitted,

*Frank Liu*

Dated: 03/17/2023

Frank Liu

Pro Se Plaintiff