UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br>　　　　Plaintiff,<br><br>　　v.<br><br>The Nielsen Company (US) LLC, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 1:22-cv-09084-JHR<br>)<br>)　Honorable Jennifer H. Rearden<br>)<br>)<br>)　**NOTICE OF APPEARANCE**<br>)<br>) |

　　　　PLEASE TAKE NOTICE that I, B. Aubrey Smith, hereby respectfully enter my appearance for Defendants TNC US Holdings and The Nielsen Company (US) LLC in the above-captioned action, and request to be served with a copy of all pleadings, notices, orders and other filings. I am admitted to practice in this Court, a registered electronic case filing user, and respectfully request that all documents submitted as electronic case filings in the above-captioned action be sent to me at BASmith@winston.com.

Dated: New York, New York
　　　　March 28, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　B. Aubrey Smith
　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　(212) 294-6700
　　　　　　　　　　　　　　　　　　　　BASmith@winston.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*TNC US Holdings*
　　　　　　　　　　　　　　　　　　　　*The Nielsen Company (US) LLC*