UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br>　　　　Plaintiff,<br><br>　　v.<br><br>The Nielsen Company (US) LLC, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-09084-JHR<br><br>Honorable Jennifer H. Rearden<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants TNC US Holdings and The Nielsen Company US LLC certifies that the parent entities of The Nielsen Company (US) LLC ("Nielsen") are as follows: ACNielsen Corporation, ACN Holdings Inc., VNU Marketing Information, Inc., TNC (US) Holdings, Inc., VNU International B.V., Nielsen Holdings Luxembourg S.a.r.l., Nielsen Luxembourg S.a.r.l., Nielsen Holding and Finance B.V., The Nielsen Company B.V., Valcon Acquisition B.V., Nielsen Holdings Limited, Neptune BidCo US Inc., Neptune Intermediate LLC, Neptune Intermediate Holdco LLC and Neptune Parent Topco LLC. Brookfield Corporation (NYSE: BN; TSX: BN.TO), through its subsidiaries and investment funds and vehicles, indirectly owns 10% or more of Nielsen.

Dated: New York, New York
　　　　March 28, 2023

Respectfully submitted,

*/s/ B. Aubrey Smith*

B. Aubrey Smith
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
BASmith@winston.com

*Attorneys for Defendants*
*TNC US Holdings*
*The Nielsen Company (US) LLC*