UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK LIU,

                    Plaintiff,

            Vs.

THE NIELSON COMPANY (US) ET AL.,

                    Defendants.

Case No.  22-CV-9084(LJL)

## MOTION FOR ADMISSON PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Cardelle Spangler hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants TNC US Holdings and The Nielson Company US LLC in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully Submitted,
**WINSTON & STRAWN LLP**

Dated: April 6, 2023

*/s/ Cardelle Spangler*
Cardelle Spangler
35 W. Wacker Drive
Chicago, IL  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
e-mail: cspangler@winston.com

*Attorneys for Defendants*
*TNC US Holdings*
*THE NIELSON COMPANY US LLC*