UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK LIU,<br><br>　　　　Plaintiff,<br><br>　　　　Vs.<br><br>THE NIELSON COMPANY (US) ET AL.,<br><br>　　　　Defendants. | Case No. 22-CV-9084(LJL) |

**DECLARATION OF CARDELLE SPANGLER**

I, Cardelle Spangler, declare as follows:

1. I am a partner with the law firm of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601.

2. I submit this Declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. I have neither been convicted of a felony, nor censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any State or Federal court.

5. I have read and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: April 6, 2023　　　　　　　　　　　　　　/s/ *Cardelle Spangler*
　　　　　　　　　　　　　　　　　　　　　　　Cardelle Spangler

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Cardelle Bratton Spangler

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/1997 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of March, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois