UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK LIU,<br><br>           Plaintiff,<br><br>       - vs.<br><br>THE NIELSON COMPANY (US) ET AL.,<br><br>           Defendants. | Case No.  22-CV-9084(LJL) |

### ORDER FOR ADMISSON PRO HAC VICE

The motion of Cardelle Spangler, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

```
Applicant's Name:   Cardelle Spangler
Firm Name:          WINSTON & STRAWN LLP
Address:            35 W. Wacker Drive
City/ State/ Zip:   Chicago, IL 60601
Telephone/ Fax:     Tel: (312) 558-5600/ Fax: (312) 558-5700
Email:              cspangler@winston.com
```

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants TNC US Holdings and The Nielson Company US LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____

Judge of the U.S. District Court