UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK LIU,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>THE NIELSON COMPANY (US) ET AL.,<br><br>　　　　　Defendants. | Case No. 22-CV-9084(LJL) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Caitlin W. Tran hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants TNC US Holdings and The Nielson Company US LLC in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 7, 2023

Respectfully Submitted,
**WINSTON & STRAWN LLP**

*/s/ Caitlin W. Tran*
Caitlin W. Tran
333 S. Grand Ave.
Los Angeles, CA  90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
e-mail: cwtran@winston.com

*Attorneys for Defendants*
*TNC US Holdings*
*THE NIELSON COMPANY US LLC*