UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK LIU,<br><br>Plaintiff,<br><br>Vs.<br><br>THE NIELSON COMPANY (US) ET AL.,<br><br>Defendants. | Case No. 22-CV-9084(LJL) |

## DECLARATION OF CAITLIN W. TRAN

I, Caitlin W. Tran, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP, 333 S. Grand Ave., Los Angeles, CA 90071.

2. I submit this Declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. I have neither been convicted of a felony, nor censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any State or Federal court.

5. I have read and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: April 7, 2023                                         /s/ *Caitlin W. Tran*
                                                            Caitlin W. Tran



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *CAITLIN WHYTE TRAN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that CAITLIN WHYTE TRAN, **#305626**, was on the **1st day of December, 2015**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the **17th day of March 2023.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Deputy Clerk