UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK LIU,

                Plaintiff,

        - vs. -

THE NIELSON COMPANY (US) ET AL.,

                Defendants.

Case No.  22-CV-9084(LJL)

## <u>ORDER FOR ADMISSON PRO HAC VICE</u>

The motion of Caitlin W. Tran, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Caitlin Tran |
| Firm Name: | WINSTON & STRAWN LLP |
| Address: | 333 S. Grand Avenue, 38th Floor |
| City/ State/ Zip: | Los Angeles, CA 90071 |
| Telephone/ Fax: | Tel: (213) 615-1700/ Fax: (213) 615-1750 |
| Email: | cwtran@winston.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel  for Defendants TNC US Holdings and The Nielson Company US LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                         Judge of the U.S. District Court