Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

**Case #1:22-cv-09084-JHR**

**Letter Requesting Clarification From Court in Regards to filing "Motion to Strike"**

Dear Honorable Judge Rearden,

      Defendants have made a number of new accusations against Plaintiff in their Reply Letter sent on April 14, 2023 in support of their motion letter to seal.  Plaintiff believes it is not customary to file a sur-reply addressing new accusations of immaterial, impertinent and scandalous nature included in Defendants' Reply Letter that have nothing to do with Defendants' original motion to seal.  New accusations contained in Defendants' Reply Letter does not appear to have anything to do with Defendants' original motion letter and responding to their allegations that appear to be attacking Plaintiff's character in front of the Judge/Court would take up a portion of Plaintiff's time that might ultimately serve no purpose in deciding Defendants' Motion Letter to Seal.  Plaintiff believes a number of Defendants' accusations contained in their Reply Letter are baseless and/or a misrepresentation of the facts and therefore Plaintiff would like to file a motion to strike.

      Plaintiff would like to file a rule 12(f) motion to strike new accusations contained in Defendants' Reply Letter that were not contained in their original letter.  In addition, in Defendants' Reply Letter, they make a suggestion welcoming "any orders the judge might be inclined to issue to constrain Plaintiff's ongoing inappropriate and abusive behavior."  Plaintiff believes Defendants' crafting of their Reply Letter containing new request to the Court to constrain Plaintiff, and their new allegations which were not contained in their opening motion letter <u>may be improper</u> and may be an unfair attempt to prejudice the Court against Plaintiff (as usually the moving party's Reply Brief is the last document filed before a Court ruling on a motion).

Because the letter motion, answer and reply were all done provisionally under seal, Plaintiff would like clarification from this Court regarding the following issue:

**1)** If Plaintiff files a motion to strike, would the motion also need to be emailed to Hon. Judge Rearden's chambers provisionally under seal, or if it can be filed publicly on docket by emailing Temporary_Pro_Se_Filing@nysd.uscourts.gov.

Respectfully submitted,

*[signature: Frank Liu]*

Dated 4/14/2023

Frank Liu
Pro Se Plaintiff