**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FRANK LIU,

               Plaintiff,

               -against-

THE NIELSEN COMPANY (US) LLC, et al.,

               Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**<u>SCHEDULING ORDER</u>**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, July 27, 2023 at 11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: June 21, 2023
      New York, New York

                                                       *s/ Ona T. Wang*
                                                       **Ona T. Wang**
                                                       United States Magistrate Judge