**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
FRANK LIU,

           Plaintiff,

           -against-

THE NIELSEN COMPANY (US) LLC, et al.,

           Defendants.

---------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on September 7, 2023.** Plaintiff shall dial in from **2:30 p.m. to 3:00 p.m.** Defendants shall dial in at **3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to serve a copy of this order on Plaintiff.

**SO ORDERED.**

Dated: July 28, 2023
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge