

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 (213) 615-1700
F +1 (213) 615-1750

NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

**CARDELLE SPANGLER**
Partner
(312) 558-7541
CSpangler@winston.com

September 14, 2023

<u>**VIA CM/ECF**</u>

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   Frank Liu vs. The Nielsen Company (US), LLC, et al.; Case No.: 1:22-cv-09084-JHR**

Dear Judge Wang:

Following the pre-settlement conference call held on September 7, 2023, Defendants The Nielsen Company (US) LLC and TNC US Holdings ("Defendants") agree to have a further call with the Court. Defendants propose the following potential dates: September 18, 2023 after 2:00 p.m. EST; September 26, 2023 after 12:00 p.m. EST; or any time on October 2 or 3, 2023.

Dated: Chicago, Illinois
         September 14, 2023

Respectfully submitted,

*Cardelle B. Spangler*
_____
Cardelle Spangler (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

B. Aubrey Smith
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
BASmith@winston.com



September 14, 2023
Page 2

Caitlin Tran (*admitted pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, #3800
Los Angeles, California 90071
(213) 615-1700
CWTran@winston.com

*Attorneys for Defendants*
*TNC US Holdings*
*The Nielsen Company (US) LLC*

cc: Plaintiff Frank Liu