**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
FRANK LIU,

                Plaintiff,                           22-CV-9084 (JHR) (OTW)

                -against-                           **SCHEDULING ORDER**

THE NIELSEN COMPANY (US) LLC, et al.,

                Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Tuesday, October 3, 2023.**

Defendants shall dial in from **4 p.m. to 4:30 p.m.** Plaintiff shall dial in at **4:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to serve a copy of this order on Plaintiff.

        **SO ORDERED.**

                                                          _s/ Ona T. Wang_

Dated: September 14, 2023                                  **Ona T. Wang**
       New York, New York                           United States Magistrate Judge