UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANK LIU,	:
	:
              Plaintiff,	:    22-CV-9084 (JHR) (OTW)
	:
              -against-	:    **SCHEDULING ORDER**
	:
THE NIELSEN COMPANY (US) LLC, et al.,	:
	:
              Defendants.	:
	:
	:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Telephonic Status Conference on Wednesday, December 20, 2023, at 11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to serve a copy of this order on Plaintiff.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: December 13, 2023                                      **Ona T. Wang**
      New York, New York                       United States Magistrate Judge