UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK LIU,

                Plaintiff,

-v.-

THE NIELSEN COMPANY (US) LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2024

22 Civ. 9084 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    In light of Plaintiff's amended complaint filed on June 20, 2023, ECF No. 44, Defendant's earlier-filed motion to dismiss the complaint, ECF No. 28, is hereby DENIED as moot.

    The Clerk of Court is directed to terminate ECF No. 28.

    SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                      JENNIFER H. REARDEN
                                      United States District Judge