# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FRANK LIU**, | Case No. 1:22-cv-09084-JHR-OTW |
| Plaintiff, | Judge Jennifer H. Rearden |
| v. | |
| **THE NIELSEN COMPANY (US) ET AL.**, | **DEFENDANTS THE NIELSEN COMPANY US LLC AND TNC US HOLDINGS' NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** |
| Defendants. | |

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of its Motion to Dismiss and the Declaration of Caitlin W. Tran and exhibits thereto, Defendants The Nielsen Company US LLC and TNC US Holdings ("Defendants"), by and through their undersigned attorneys, hereby move this Court for (i) an Order granting Defendants' Motion to Dismiss Amended Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (ii) such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule set by the Court during the conference on December 20, 2023, Plaintiff Frank Liu's opposition is to be served by February 23, 2024.  Defendants' reply is to be served by March 8, 2024.

| | |
|---|---|
| Dated: Chicago, Illinois<br>January 26, 2024 | Respectfully submitted,<br><br>*/s/ Cardelle B. Spangler*<br>_____<br>Cardelle Spangler (admitted *pro hac vice*)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600<br>CSpangler@winston.com<br><br>B. Aubrey Smith<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br>BASmith@winston.com<br><br>Caitlin Tran (admitted *pro hac vice*)<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, #3800<br>Los Angeles, California 90071<br>(213) 615-1700<br>CWTran@winston.com<br><br>*Attorneys for Defendants*<br>*TNC US Holdings*<br>*The Nielsen Company (US) LLC* |