UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
FRANK LIU,

          Plaintiff,

         -against-

THE NIELSEN COMPANY (US) LLC, et al.,

         Defendants.
------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 55.

On or before **February 6, 2024**, the parties are directed to:

    1) meet and confer about a schedule for completing briefing of Defendants' motion to dismiss (ECF 53) and motion to stay discovery (ECF 55); and

    2) file a joint proposed schedule.

In the event the parties cannot agree on a joint proposed briefing schedule, Plaintiff and Defendants are each directed to file a proposed schedule on ECF by close of business **February 6, 2024**.

**SO ORDERED.**

Dated: January 30, 2023
      New York, New York

                                                  _s/ Ona T. Wang_
                                                **Ona T. Wang**
                                                United States Magistrate Judge