**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

              Plaintiff,

              -against-

THE NIELSEN COMPANY (US) LLC, et al.,

              Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' proposed briefing schedules at ECF Nos. 57 and 58. It is hereby **ORDERED** that:

1) By **March 4, 2024**, Plaintiff shall file his response, if any, to Defendants' motion to stay discovery (ECF 55). By **March 18, 2024**, Defendants shall file their reply, if any, to Plaintiff's response.

2) By **February 26, 2024**, Plaintiff shall file his response, if any, to Defendants' Motion to Dismiss (ECF 54) <u>and</u> his motion to strike Defendants' motion, if any. <u>Any arguments raised in response to Defendants' motion to dismiss filed after February 26, 2024 **may** be considered to be untimely by the Court</u>. By **March 18, 2024**, Defendants shall file their reply, if any, to Plaintiff's response and motion to strike.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: February 16, 2024 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |