

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**CARDELLE SPANGLER**
Partner
(312) 558-7541
CSpangler@winston.com

February 22, 2024

<u>**VIA CM/ECF**</u>

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   Frank Liu vs. The Nielsen Company (US), LLC, et al.; Case No.: 1:22-cv-09084-JHR-OTW**

Dear Judge Wang:

On behalf of defendants The Nielsen Company (US), LLC and TNC US Holdings (collectively, "Defendants"), we write in response to Plaintiff Frank Liu's Motion to Extend Time to file Response to Motion to Dismiss, filed February 21, 2024. (ECF No. 62.)

As an initial matter, Defendants do not oppose Plaintiff's requested extension, so long as Defendants are provided an equivalent extension. Should the Court decide to grant Plaintiff's requested extension, the two-week extension for both parties' briefing would be as follows:

| **Document** | **Current Deadline** | **Extended Deadline** |
| --- | --- | --- |
| Plaintiff's Opposition to Defendants' Motion to Dismiss | February 26, 2024 | March 11, 2024 |
| Defendants' Reply in support of Motion to Dismiss | March 18, 2024 | April 1, 2024 |

Defendants also provide clarification regarding certain assertions and material improperly included in Plaintiff's letter. The rules set forth in the Individual Practices in Civil Cases provide, in part, that all requests for extensions of time must include whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Plaintiff did not meet and confer with Defendants in good faith before filing the instant motion, as he requested an extension after the close of business on February 20, at 5:52 pm, such that Defendants did not have the opportunity to respond before he filed the instant letter motion at 8:28 am on February 21. Additionally, Plaintiff improperly uses the Court's public filing system as a forum to publish inflammatory content and images allegedly posted from an account that was not controlled or monitored by Defendants, that have nothing to do with the substance of his request for an



February 22, 2024
Page 2

extension to his briefing deadline. Defendants in no way condone racism or sexism by any of their current or former employees, and request that Plaintiff's future filings be limited to the subject matter at issue.

Thank you for your consideration of the foregoing.

Dated: Chicago, Illinois

February 22, 2024

Respectfully submitted,

*Cardelle B. Spangler*
_____
Cardelle Spangler (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

*Attorneys for Defendants*
\

cc:  Plaintiff Frank Liu