UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FRANK LIU, | |
| Plaintiff, | 22-CV-9084 (JHR) (OTW) |
| -against- | **ORDER** |
| THE NIELSEN COMPANY (US) LLC, et al., | |
| Defendants. | |

---

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Mr. Liu's motion at ECF 62.

It is hereby **ORDERED** that:

1) Plaintiff's response to Defendants motion to dismiss is due **March 11, 2024.**

2) Defendants' reply in support of their motion to dismiss, if any, is due **April 1, 2024.**

**SO ORDERED.**

Dated: February 23, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge