Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br><br>    Plaintiff,<br><br>    vs.<br><br>The Nielsen Company (US) LLC<br>    and<br>TNC US HOLDINGS<br><br>    Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**[PROPOSED] ORDER for Plaintiff's Motion To Strike Defendants' Motion to Dismiss (ECF 54)** |

1

# [PROPOSED] ORDER

Defendants Motion to Dismiss (ECF 54) is stricken in its entirety. Defendants shall file an answer within 21 days.

**IT IS SO ORDERED.**

DATED: This _____ day of _____2024.

_____
UNITED STATES MAGISTRATE JUDGE