Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br><br>        Plaintiff,<br><br>    vs.<br><br>The Nielsen Company (US) LLC<br>        and<br>TNC US HOLDINGS<br>        Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**[PROPOSED] ORDER for Plaintiff's Motion To Extend Time to file Response in Opposition to Defendants' Motion to Dismiss (ECF 54)** |

1

# [PROPOSED] ORDER

Plaintiff's deadline to file his Response in Opposition to Defendants' Motion to Dismiss (ECF 54) is extended till May 31, 2024. Furthermore, Defendants' Reply Brief shall be due by July 1, 2024.

**IT IS SO ORDERED.**

DATED: This _____ day of _____2024.

_____
UNITED STATES MAGISTRATE JUDGE