**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

               Plaintiff,

               -against-

THE NIELSEN COMPANY (US) LLC, et al.,

               Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Mr. Liu's letter motion at ECF 68.

ECF 68 is **GRANTED IN PART** as follows:

1) The deadline for Plaintiff's response to Defendants' motion to dismiss is extended to **March 29, 2024.**

2) The deadline for Defendants' reply in support of their motion to dismiss, if any, is extended to **April 19, 2024.**

      **SO ORDERED.**

Dated: March 8, 2024
       New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge