Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| Frank Liu<br><br>        Plaintiff,<br><br><br>        vs.<br><br><br>The Nielsen Company (US) LLC<br>        and<br>TNC US HOLDINGS<br>    Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**Plaintiff's Motion To Extend Time to file Response in Opposition to Defendants' Motion to Dismiss (ECF 54)** |
|---|---|

## MOTION TO EXTEND TIME

Plaintiff is requesting an extension for his response to Defendants' Motion to Dismiss to be due by April 5, 2024.  It is currently due by March 29, 2024.  Plaintiff was attacked at a parking lot last week.  Plaintiff has been unable to focus on his motion to dismiss response because of the attack.  Here are pictures of my injuries:



Plaintiff reached out to Defendants and was told they "will not oppose the motion" so it can be presented as "unopposed but not agreed."



1   Plaintiff requests the Court extend his deadline for his response to Defendants'
2  Motion to Dismiss (ECF 54) to be due by April 5, 2024.
3
4                                  Respectfully submitted,
5
6                                  *[signature: Frank Liu]*
7
8  Dated 3/27/2024                 Frank Liu
9                                  Pro Se Plaintiff