1   Frank Liu

2   304 S. Jones Blvd #3416

3   Las Vegas, NV 89107

4   818-835-0498

5   frank.liu.96@gmail.com

6   Pro Se Plaintiff

7

8

9          **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE SOUTHERN DISTRICT OF NEW YORK**

11

| Frank Liu | Case #1:22-cv-09084-JHR-OTW |
|---|---|
| Plaintiff, | |
| | **Plaintiff's Motion to Amend His Response in Opposition to Defendants' Motion to Dismiss (ECF 75)** |
| vs. | |
| The Nielsen Company (US) LLC | |
| and | |
| TNC US HOLDINGS | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

1

1        **INTRODUCTION**

2        Plaintiff is requesting the Court grant him leave to file an amended response in

3    opposition to Defendants' Motion to Dismiss because Plaintiff needed more time to finish

4    his response.  Back on March 27, 2024, Plaintiff explained to Defendants that he was

5    attacked in a parking lot, was still injured and recovering, and haven't been able to focus on

6    his response to Defendants' motion to dismiss because of the attack.

7

8        Below is Liu's email to Defendants about the attack.  In addition, you can see

9    Cardelle Spangler's replied back stating that the extension request is "unopposed but not

10   agreed."



17   Because Defendants **_refused_** to agree to the stipulation, Plaintiff believed that it was very

18   important the Court grant the request before the deadline was to elapse (which was set for

19   March 29, 2024).  Shortly after receiving Spanglers' reply email, Plaintiff started working

20   on his motion for extension.

21       Later that day, Plaintiff emailed his Motion to Extend Time to

22   Temporary_Pro_Se_Filing@nysd.uscourts.gov.



1    Although the motion for extension was emailed out on March 27, 2024, it took until

2    March 28 for the Court to docket it under Docket 74.  Since Defendants had **refused** to

3    agree to the stipulation for an extension, and the Court had not ruled on Plaintiff's request

4    for an extension by the close of business on March 29, 2024, Plaintiff rushed to finish what

5    he could so he could meet the deadline.  Plaintiff emailed his Response in Opposition to

6    Defendants' motion to dismiss at 11:33 PM EST on March 29, 2024 in order to meet the

7    deadline that was set by the Court.

8       Plaintiff was in a rush to finish and wished he had more time.  Plaintiff was attacked

9    the week prior, was still recovering and had trouble focusing on his response.  On page 2 of

10    Docket 74 (Motion to Extend Time), Plaintiff even included pictures of his injuries:





**Plaintiff Reached Out to Defendants About Stipulation to Allow Plaintiff to Amend his Response**

Furthermore, on March 29, 2024, Plaintiff reached out to Defendants seeing if they will agree to a stipulation to allow Plaintiff to amend his response to Defendants' motion to dismiss after he files it because Plaintiff believed he needed to get it in before 11:59 PM EST that day.



The email was sent to all three (3) of Defendants' attorneys on March 29, 2024. Plaintiff has waited weeks for Defendants to respond, and to this day Defendants has **ignored** Plaintiff's request.

**Conclusion**

In light of these circumstances, Plaintiff motions for the Court to allow Plaintiff to submit an Amended Response in Opposition to Defendants' Motion to Dismiss. Should the Court grant Plaintiff's motion to amend, Plaintiff proposes the deadline for his amended response be due 21 days after the Court rules on this motion.

Respectfully submitted,

Dated 4/19/2024

Frank Liu

Pro Se Plaintiff

4