Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br><br>    Plaintiff,<br><br>    vs.<br><br>The Nielsen Company (US) LLC<br>    and<br>TNC US HOLDINGS<br><br>    Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**[PROPOSED] ORDER Granting Plaintiff's Motion to Amend His Response In Opposition to Defendants' Motion to Dismiss (ECF 75)** |

# [PROPOSED] ORDER

Plaintiff's Motion to Amend his Response in Opposition to Defendants' Motion to Dismiss is granted.  Plaintiff's deadline to file his amended response <u>will be due 21 days after this Court</u> order.

**IT IS SO ORDERED.**

DATED: This _____ day of _____2024.

_____
UNITED STATES MAGISTRATE JUDGE