Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| Frank Liu         Plaintiff,   vs.   The Nielsen Company (US) LLC         and   TNC US HOLDINGS         Defendants. | **Case #1:22-cv-09084-JHR-OTW**  **[PROPOSED] ORDER Granting Plaintiff's Motion to Compel Release of Sedgwick New Jersey Workers Compensation Files** |
|---|---|

1

# [PROPOSED] ORDER

Plaintiff's motion to compel is granted. Defendants shall email Frank Liu the Sedgwick Workers Compensation case files about him within __ days of this court order.

**IT IS SO ORDERED.**

DATED: This _____ day of _____2024.

_____
UNITED STATES MAGISTRATE JUDGE