**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

FRANK LIU,                        :

                               :

          Plaintiff,            :           22-CV-9084 (JHR) (OTW)

                               :

         -against-           :           **ORDER**

                               :

THE NIELSEN COMPANY (US) LLC, et al.,   :

                               :

         Defendants.          :

                               :

-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of Plaintiff's letter motion at ECF 78.

      The Court construes Plaintiff's request to amend his response in opposition to Defendants' motion to dismiss as a request for leave to file a sur-reply. Plaintiff's motion (ECF 78) is **GRANTED**. Plaintiff is directed to file his sur-reply **by May 24, 2024**. In his sur-reply, Plaintiff may address <u>any</u> of the arguments raised in Defendants' motion to dismiss at ECF Nos. 53 and 54, in addition to any arguments raised in Defendants' reply in support at ECF 77.

      Plaintiff's motion for an extension of time to file his response in opposition (ECF 74) is **DENIED AS MOOT**.

      The Court is also in receipt of Defendants' letter motion at ECF 55 to stay discovery pending resolution of their motion to dismiss. Defendants' motion is **GRANTED IN PART**. Discovery in this case is hereby **STAYED** until **June 28, 2024**.

      The Clerk of Court is respectfully directed to close ECF Nos. 55, 74, and 78.

**SO ORDERED.**

_____s/ Ona T. Wang_____

Dated: April 30, 2024
      New York, New York

**Ona T. Wang**
United States Magistrate Judge