UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANK LIU,                                                  :
                                                            :
                Plaintiff,                                  :    22-CV-9084 (JHR) (OTW)
                                                            :
                -against-                                  :    **ORDER**
                                                            :
THE NIELSEN COMPANY (US) LLC, et al.,                       :
                                                            :
                Defendants.                                 :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' motion at ECF 87.

Defendants' request for leave to file a response to Plaintiff's anticipated sur-reply is **DENIED.**

The Clerk is respectfully directed to close ECF 87.

        SO ORDERED.

                                                                             _s/ Ona T. Wang_

Dated: May 9, 2024                                             **Ona T. Wang**
       New York, New York                      United States Magistrate Judge