USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK LIU,

                          Plaintiff,

        -v.-

THE NIELSEN COMPANY (US) LLC, et al.,

                       Defendants.

22 Civ. 9084 (JHR)

AMENDED ORDER OF
REFERENCE TO A MAGISTRATE
JUDGE

JENNIFER H. REARDEN, District Judge:

    This action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: ____

☒ General Pretrial & Dispositive Motion (all purposes except trial)

☐ Specific Non-Dispositive Motion/Dispute:
_____

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: June 4, 2024
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge