

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**CARDELLE SPANGLER**
Partner
(312) 558-7541
CSpangler@winston.com

June 6, 2024

**VIA CM/ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Frank Liu vs. The Nielsen Company (US), LLC, et al.; Case No.: 1:22-cv-09084-JHR-OTW**

Dear Judge Wang:

On behalf of defendants The Nielsen Company (US), LLC and TNC US Holdings (collectively, "Defendants"), we write to respectfully request that Defendants' Letter Motion to Seal Plaintiff Frank Liu's ("Plaintiff") Sur-Reply Opposition to Defendants' Motion to Dismiss, dated May 24, 2024 [Dkt. 89, 89-1, "Sur-Reply Opposition"], electronically filed publicly at Dkt. 91, be instead removed from the docket, or in the alternative, itself filed under seal. For the same reasons stated in Defendants' Letter Motion to Seal at Dkt. 91 to support removal from the public record and the filing under seal of Plaintiff's Sur-Reply Opposition, and which are incorporated by reference herein, Defendants' Letter Motion to Seal itself was intended to be submitted to the Court via email rather than public ECF filing, in order to avoid filing an additional public document that includes the defamatory and private information included in Plaintiff's initial public filing at Dkt. 89, 89-1.

Should Your Honor require any additional information, please feel free to contact me. We appreciate your consideration in this matter.



June 6, 2024<br>Page 2

Dated: Chicago, Illinois
      June 6, 2024

Respectfully submitted,

*Cardelle B. Spangler*

_____
Cardelle Spangler (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

*Attorneys for Defendants*

cc:  Plaintiff Frank Liu