

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**CARDELLE SPANGLER**
Partner
(312) 558-7541
CSpangler@winston.com

June 24, 2024

**VIA CM/ECF**

Honorable Jennifer H. Rearden
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **Frank Liu vs. The Nielsen Company (US), LLC, et al.; Case No.: 1:22-cv-09084-JHR-OTW**

Dear Judge Rearden:

I respectfully request permission for Aubrey Smith to withdraw as counsel for defendants The Nielsen Company (US), LLC and TNC US Holdings (collectively, "Defendants"), in the above-referenced case. He represents Defendants in this matter with Caitlin McCann, and myself. Mr. Smith left the employment of Winston & Strawn, LLP as of June 18, 2024.

Winston & Strawn, LLP will continue to represent Defendants in this case. Thus, Mr. Smith's withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve Mr. Smith as counsel for Defendants and that the Court's docket be amended to reflect his withdrawal.

Dated: Chicago, Illinois

June 24, 2024

Respectfully submitted,

Cardelle B. Spangler

Cardelle Spangler (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

*Attorneys for Defendants*

cc:  Plaintiff Frank Liu