Frank Liu
304 S. Jones Blvd #3416
Las Vegas, NV 89107
818-835-0498
frank.liu.96@gmail.com
Pro Se Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Frank Liu<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>The Nielsen Company (US) LLC<br><br>　　　and<br><br>TNC US HOLDINGS<br><br>　　　Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**Letter to Judge Wang in Regards to Motion to Compel (ECF 80), Motion to Strike (ECF 66) and Motion Letter (ECF 86)** |

Dear Judge Wang,

In ECF 84, the Court stayed discovery until June 28, 2024. After the stay in discovery expired, Plaintiff reached out to Defendants' attorneys to obtain his Sedgwick NJ Workers Compensation files. It appears Defendants are still refusing to provide those files.

Plaintiff's Motion to Compel Release of Sedgwick NJ Workers Compensation Files (ECF 80) has already been fully briefed. The files associated with the motion to compel are ECF 80, 81, 82 and 83. Now that the stay in discovery has elapsed, Plaintiff respectfully requests the Court rule on the motion to compel.

Furthermore, it appears the Court has not yet ruled on Plaintiff's Motion to Strike (ECF 66) which has been fully briefed (with the associated files being: ECF 65, 66, 72 and 76). The Court also has not yet ruled on "Motion Letter to Judge Wang Seeking Clarification to Mediator's Proposal, or to Restart Mediation Negotiations" (ECF 86). Plaintiff appreciates the Court's time, and respectfully brings this up to the Court's attention. Thank you.

Respectfully submitted,

Frank Liu

Dated 7/9/2024

Frank Liu
Pro Se Plaintiff