**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
FRANK LIU,                                           :
                                                     :
                Plaintiff,            :        22-CV-9084 (JHR) (OTW)
                                                     :
            -against-             :        **ORDER**
                                                     :
THE NIELSEN COMPANY (US) LLC, et al.,                :
                                                     :
             Defendants.            :
                                                     :
                                                     :
---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      On August 13, 2024, I issued a Report & Recommendation regarding Defendants' motion to dismiss. (ECF 105). It is hereby **ORDERED** that:

- Plaintiff's motion to strike Defendants' motion to dismiss (ECF 66) is **DENIED AS MOOT**.

- Plaintiff's motion to compel (ECF 80) is **GRANTED**. Defendants are directed to produce to Plaintiff his worker's compensation files in their possession by **August 23, 2024**.

- All other discovery in this case is hereby **STAYED** pending a decision on the Report & Recommendation at ECF 105.

- Defendants' letter motion to stay discovery (ECF 101) is **DENIED AS MOOT**.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

      The Clerk is respectfully directed to close ECF Nos. 66, 80, and 101.

      **SO ORDERED.**


                  *s/ Ona T. Wang*

Dated: August 16, 2024                   **Ona T. Wang**
      New York, New York           United States Magistrate Judge