**CERTIFICATE OF SERVICE**
**United States District Court for the New York Southern District**
*Frank Liu vs. The Nielsen Company US LLC, et al.*
**Case No. 1:22-cv-09084-JHR-OTW**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543. On September 17, 2024, I served the following document(s):

**ORDER**

☒ **EMAIL**: by electronically transmitting copy(ies) of the document(s) listed above via email to the addressee(s) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order.

| | |
|---|---|
| Frank Liu<br>304 S. Jones Blvd. #3416<br>Las Vegas, NV 89107<br>Tel: (818) 835-0498<br>Email: frank.liu.96@gmail.com | Plaintiff in Pro Per |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: _____
                Ruth Vega

Dated:   September 17, 2024