UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
FRANK LIU,

                Plaintiff,

                -against-

THE NIELSEN COMPANY (US) LLC, et al.,

                Defendants.
------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Following a call to chambers from Defendants' counsel today, it has come to the Court's attention that Defendants filed in error a redacted copy of Plaintiff's sur-reply, pursuant to my October 8, 2024, Order, (ECF 114), with incorrect redactions.

Defendants are directed to file under seal a proposed corrected redacted copy of Plaintiff's sur-reply by **October 18, 2024.** Defendant should only redact the name of the former Nielsen employee in question, and not any information that is publicly available. After review, the Court intends on unsealing the sur-reply, no earlier than November 1, 2024.

Defendants are further directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: October 15, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge