UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FRANK LIU**, <br><br> Plaintiff, <br><br> v. <br><br> **THE NIELSON COMPANY (US) ET AL.**, <br><br> Defendants. | Case No.  1:22-cv-09084(JHR) <br><br> Judge Jennifer H. Rearden <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE
### United States District Court for the New York Southern District
*Frank Liu vs. The Nielsen Company US LLC, et al.*
### Case No. 1:22-cv-09084-JHR-OTW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543. On October 15, 2024, I served the following document(s):

**ORDER (DOCKET NO. 116) DATED OCTOBER 15, 2024**

☒ **EMAIL**: by electronically transmitting copy(ies) of the document(s) listed above via email to the addressee(s) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order.

| Frank Liu<br>Email: frank.liu.96@gmail.com | Plaintiff in Pro Per |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: _/s/ Ann Newman_

Ann Newman

Dated: October 15, 2024