Frank Liu
304 S. Jones Blvd #3416
Las Vegas, NV 89107
818-835-0498
frank.liu.96@gmail.com
Pro Se Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Frank Liu<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>The Nielsen Company (US) LLC<br><br>　　　and<br><br>TNC US HOLDINGS<br><br>　　　Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**Letter to Judge Rearden Regarding ECF 105** |

Dear Hon. Judge Rearden,

　　On August 13, 2024, Judge Wang's Report and Recommendation came out (ECF 105) recommending three of my claims proceed. It has been over 90 days since the R&R came out. In addition, no parties have filed any objection to Judge Wang's R&R.

　　On July 16, 2024, Nielsen Defendants filed a motion to stay discovery and their arguments in support of their motion was because Nielsen believes 1) the entire lawsuit would be dismissed so no discovery will take place and 2) that the stay would be brief, and it would not prejudice Plaintiff.

　　Judge Wang's R&R is more than just a mere "preliminary assessment" of Defendants' motion to dismiss. It is a Report and Recommendation and it recommended three of my claims proceed. Plaintiff respectfully requests the Court either make a decision on the R&R before the end of the year, or lift the stay preventing discovery from proceeding. Right now, it's as if the entire case is stayed because there is no decision accepting or denying the R&R and discovery is stayed so the lawsuit is unable to proceed further.

　　Liu's lawsuit filed in the Southern District of New York is over 2 years old at this point. To date, Nielsen has not filed an answer to Liu's lawsuit. Liu speculates that sometimes courts may intentionally delay issuing rulings because it may force parties to reach out-of-court settlements. Liu

1

does not believe an out-of-court settlement is at all possible with Nielsen because Liu will not agree to confidentiality to settle his lawsuit.  Therefore, Liu believes the only way the lawsuit can be resolved is through the court system.

                                                 Respectfully submitted,

                                                 *Frank Liu*

Dated 12/10/2024                      Frank Liu
                                                 Pro Se Plaintiff