```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRANK LIU,                                                 :
                                                           :
                        Plaintiff,                         :   22-CV-9084 (JHR) (OTW)
                                                           :
            -against-                                      :   ORDER
                                                           :
THE NIELSEN COMPANY (US) LLC, et al.,                      :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

*Pro se* Plaintiff, Frank Liu, brought this action against his The Nielsen Company (US) LLC ("Nielsen") and TNC (US) Holdings ("TNC," collectively, "Defendants"), on October 22, 2022, against Defendants for race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"); disability discrimination under the Americans with Disabilities Act of 1990 ("ADA"); failure to pay wages under the Fair Labor Standards Act ("FLSA"); and race discrimination, disability discrimination, and retaliation under the New York State Human Rights Law ("NYSHRL"). (ECF 1).

This case was referred to me for General Pretrial Management on June 1, 2023, (ECF 41). Plaintiff filed an amended complaint on June 20, 2023, (ECF 44), after which Defendants filed their motion to dismiss January 26, 2024. (ECF 53). Judge Rearden entered an amended referral order on June 4, 2024, referring to me General Pretrial Management and Dispositive Motions. (ECF 90). Then, on August 13, 2024, I issued a Report & Recommendation ("R&R") as to Defendants' motion to dismiss, recommending that Defendants' motion to

dismiss be granted in part and denied in part. (*See* ECF 105). The R&R is currently pending before Judge Rearden.

As part of the August 13 R&R, I also recommended that *pro bono* counsel be appointed to assist Plaintiff. For the reasons described in the R&R, and in light of the issues that have occurred in this case since at least June of 2024,[1] the Court will request that *pro bono* counsel appear for full scope representation before this Court.

Now, the Office of Pro Se Litigation is respectfully directed to attempt to locate a full scope *pro bono* attorney to represent Plaintiff in this case.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: January 24, 2025   **Ona T. Wang**
      New York, New York   United States Magistrate Judge

---

[1] For instance, the Court and the parties spent considerable time on the issue of sealing a responsive briefing. *See, e.g.*, ECF Nos. 89, 91, 92, 93, 94, 96, 97, 99, 100, 107, 108, 109, 110, 114, 115, 116, 118, and 120.