Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br><br>    Plaintiff,<br><br>vs.<br><br>The Nielsen Company (US) LLC<br>    and<br>TNC US HOLDINGS<br>    Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**Letter-Motion to Judge Wang Requesting the Withdrawal of Plaintiff's Motion for Clarification (ECF 123)** |

Dear Hon. Judge Wang,

On Jan. 10, 2025, Plaintiff submitted a motion for clarification (ECF 123) because "Plaintiff is unsure if a Report and Recommendation procedurally moots a Motion to Strike when the Report and Recommendation has not been accepted by the District Court Judge."

On Jan. 24, 2025, District Judge Rearden issued ECF 125 which made a decision on the Report and Recommendation. In light of ECF 125, Plaintiff respectfully requests to withdraw his motion for clarification (ECF 123).

On Jan 27, 2025, Plaintiff reached out in good faith to Defendants' lawyers inquiring if they object to Plaintiff withdrawing ECF 123.

Below is a screenshot of the email Plaintiff sent Ms. Spangler and Ms. McCann:

> **Does Nielsen object to me withdrawing ECF 123?**
>
> F L <frank.liu.96@gmail.com>     11:53 AM (5 hours ago)
> to Cardelle, Caitlin
>
> Ms. Spangler and Ms. McCann,
>
> Please let me know if Nielsen defendants object to me withdrawing ECF 123.
>
> Thank you.

At the time of emailing this filing to the Court's temporary pro se filing email address, Defendants' lawyers have not replied back to Plaintiff's email, and Plaintiff is not sure if they will reply back. However, Plaintiff does not believe it prejudices Defendants in any way if the Court allows the withdrawal of ECF 123.

Respectfully submitted,

*/s/ Frank Liu*

Dated 1/27/2025

Frank Liu
Pro Se Plaintiff