Frank Liu

304 S. Jones Blvd #3416

Las Vegas, NV 89107

818-835-0498

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu<br><br>　　　Plaintiff,<br><br><br>　　vs.<br><br><br>The Nielsen Company (US) LLC<br>　　　and<br>TNC US HOLDINGS<br>　　　Defendants. | **Case #1:22-cv-09084-JHR-OTW**<br><br>**EXHIBIT IN SUPPORT OF**<br>**Plaintiff's Motion to Lift Stay in Discovery**<br>**(ECF 106), and Notice of Defendants' Bad**<br>**Faith Tactics** |

# EXHIBIT A



F L <frank.liu.96@gmail.com>

---

## Stipulation to Lift Stay in Discovery

**F L** <frank.liu.96@gmail.com>                                                                    Tue, Jan 28, 2025 at 7:02 AM
To: "Spangler, Cardelle" <cspangler@winston.com>, "McCann, Caitlin" <CMcCann@winston.com>

Ms. Spangler and Ms. McCann,

As per ECF 125, the Court recently decided on Nielsen Defendants' motion to dismiss and has allowed three of my claims to proceed.  In light of ECF 125, I am reaching out to you to see if Nielsen Defendants will agree to a stipulation to lift the stay in discovery.

Please get back to me as soon as possible.  Thank you.



## Stipulation to Lift Stay in Discovery

**McCann, Caitlin** <CMcCann@winston.com>
To: F L <frank.liu.96@gmail.com>, "Spangler, Cardelle" <CSpangler@winston.com>

Tue, Jan 28, 2025 at 12:59 PM

Mr. Liu,

Nielsen does not agree and asks that further communications between the parties be handled by your pro bono counsel.

Best,

**Caitlin McCann**

**Associate Attorney**

Winston & Strawn LLP

D: +1 213-615-1802

winston.com

*Admitted to practice in California*

WINSTON
& STRAWN
LLP

[Quoted text hidden]

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**image003.png**
1K

 Gmail

F L <frank.liu.96@gmail.com>

---

## Stipulation to Lift Stay in Discovery

**F L** <frank.liu.96@gmail.com>                                    Tue, Jan 28, 2025 at 1:20 PM
To: "McCann, Caitlin" <CMcCann@winston.com>
Cc: "Spangler, Cardelle" <CSpangler@winston.com>

Ms. McCann,

I have not been assigned a lawyer, so I am still pro se.

[Quoted text hidden]

---

 **image001.jpg**
2K

Exhibit respectfully submitted,

Dated 1/28/2025                    Frank Liu

Pro Se Plaintiff