UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANK LIU,

              Plaintiff,

              -against-

THE NIELSEN COMPANY (US) LLC, et al.,

              Defendants.
------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 123, 126, and 127.

On January 10, 2025, *pro se* Plaintiff Frank Liu ("Liu") filed a "motion for clarification" (ECF 123) asking whether my August 13, 2024, Report and Recommendation ("R&R") (ECF 105) mooted his prior motion to strike Defendants' motion to dismiss. (ECF 66). Judge Rearden then adopted my August 13 R&R on January 24, 2025, (ECF 125), and Plaintiff filed another motion at ECF 126 requesting to withdraw his motion at ECF 123. Accordingly, Plaintiff's motions at ECF 123 and 126 are both **DENIED as moot.**

Plaintiff's motion at ECF 127 seeks to lift the stay of discovery in this case. My August 16, 2024, Order stayed discovery pending a decision on my August 13 R&R. (*See* ECF 106). Given that I separately issued an order directing the Office of Pro Se litigation to attempt to locate a full scope *pro bono* attorney to represent Plaintiff in this case, the stay on discovery is hereby **EXTENDED** until **March 7, 2025**, without prejudice to further extensions, or until *pro bono* counsel is secured and files a notice of appearance in this case, whichever occurs earlier.

2

The Clerk of Court is respectfully directed to close ECF Nos. 123, 126, and 127.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*

Dated: February 6, 2025　　　　　　　　　　　　　　**Ona T. Wang**
　　　New York, New York　　　　　　　　　　　　United States Magistrate Judge

2