UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu,<br><br>    Plaintiff,<br><br>v.<br><br>The Nielsen Company (US) LLC, et al.,<br><br>    Defendants. | Case No. 1:22-cv-09084-JHR-OTW<br><br>Judge Jennifer H. Rearden |

**DEFENDANTS THE NIELSEN COMPANY US LLC AND TNC US HOLDINGS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING SETTLEMENT CONFERENCE (ECF 132)**

WINSTON & STRAWN LLP

200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

333 S. Grand Ave., 38th Fl.
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants

AmericasActive:21035446.1

Defendants The Nielsen Company (US) LLC and TNC US Holdings (collectively, "Defendants") respectfully submit this response to Plaintiff Frank Liu's ("Plaintiff") Motion Requesting Settlement Conference (ECF No. 132). Defendants do not oppose Plaintiff's request for a settlement conference so long as it occurs after Plaintiff is appointed *pro bono* counsel. Plaintiff continues – without any basis – to accuse Defendants of engaging in wrongdoing in connection with settlement communications. He has also filed confidential settlement communications on the public record, imposing unnecessary and additional costs on the Court and Defendants. Based on historical settlement discussions, Defendants believe any settlement conference is highly unlikely to succeed unless and until Plaintiff has been appointed counsel.

Dated: Chicago, Illinois  
February 21, 2025

Respectfully submitted,

By: /s/ *Cardelle Spangler*  
Cardelle Spangler (admitted *pro hac vice*)  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, Illinois 60601  
(312) 558-5600  
CSpangler@winston.com

Caitlin McCann (admitted *pro hac vice*)  
WINSTON & STRAWN LLP  
333 S. Grand Avenue, #3800  
Los Angeles, California 90071  
(213) 615-1700  
CMcCann@winston.com

*Attorneys for Defendants*  
*TNC US Holdings*  
*The Nielsen Company (US) LLC*

1