```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FRANK LIU,                                                   :
                                                             :
                 Plaintiff,                                  :   22-CV-9084 (JHR) (OTW)
                                                             :
       -against-                                             :
                                                             :   SCHEDULING ORDER
THE NIELSEN COMPANY (US) LLC, et al.,                        :
                                                             :
                 Defendants.                                 :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, April 23, 2025 at 3:00 p.m.** <u>for Defense counsel ONLY</u>. Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                                                            *s/ Ona T. Wang*
Dated: March 7, 2025                                                                **Ona T. Wang**
            New York, New York                                                    United States Magistrate Judge