**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

FRANK LIU,                                          :
                                                    :
                   Plaintiff,                          :          22-CV-9084 (JHR) (OTW)
                                                    :
                -against-                           :
                                                    :          **SCHEDULING ORDER**
THE NIELSEN COMPANY (US) LLC, et al.,               :
                                                    :
                 Defendants.                         :
                                                    :
                                                    :
                                                    :

-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court will hold a **Preliminary Settlement Conference Call on Wednesday, April 23,**

**2025 at 3:30 p.m.** for Plaintiff's counsel ONLY.  Please call Chambers at 212-805-0260 when all

counsel are on the line.

        **SO ORDERED.**


                                                  _s/ Ona T. Wang_

Dated: March 7, 2025                        **Ona T. Wang**
        New York, New York            United States Magistrate Judge