

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**CARDELLE SPANGLER**
Partner
(312) 558-7541
CSpangler@winston.com

March 13, 2025

<u>VIA CM/ECF</u>

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Frank Liu vs. The Nielsen Company (US), LLC, et al.; Case No.: 1:22-cv-09084-JHR-OTW**

Dear Judge Wang:

We represent Defendants The Nielsen Company (US), LLC and TNC (US) Holdings Inc. (collectively, "Defendants") in the above-referenced action. On behalf of Defendants, we respectfully submit this statement of non-opposition to Plaintiff Frank Liu's letter motion to continue the stay of discovery in this case until April 23, 2025, filed with the Court on March 11, 2025. (ECF No. 142.) Defendants agree that an extension of the stay of discovery is appropriate in this matter and therefore do not oppose Plaintiff's motion.

Dated: Chicago, Illinois

March 13, 2025

Respectfully submitted,

*Cardelle B. Spangler*
_____
Cardelle Spangler (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

*Attorneys for Defendants*

cc:  Plaintiff Frank Liu