**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

FRANK LIU,                                                    :
                                                             :
                        Plaintiff,                           :        22-CV-9084 (JHR) (OTW)
                                                             :
                    -against-                                :        **ORDER**
                                                             :
THE NIELSEN COMPANY (US) LLC, et al.,                        :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of ECF Nos. 131, 132, 137, and 142, as well as responsive briefing.

      On January 24, 2025, I directed the Office of Pro Se Litigation to attempt to locate a full

scope pro bono attorney to represent Plaintiff in this case. (ECF 124). Then, on February 6,

2025, I stayed discovery until March 7, 2025, without prejudice to further extensions, or until

pro bono counsel is secured and files a notice of appearance in this case, whichever occurs

earlier. (ECF 129). To date, pro bono counsel has not appeared.

      Since my February 6 order, *pro se* Plaintiff Frank Liu has filed a motion to strike

Defendants' first, ninth, and tenth affirmative defenses, (ECF 131), a motion requesting a

settlement conference, (ECF 132), and a motion to continue the stay of discovery. (ECF 142).

Defendants filed an opposition to Plaintiff's motion to strike, (ECF 135), and oppose Plaintiff's

motion for a settlement conference to the extent that it may occur before pro bono counsel is

secured. (ECF 133). Defendants do not oppose Plaintiff's motion to stay discovery. (ECF 143).

Defendants filed a separate motion to stay the entire case until pro bono counsel appears.

(ECF 137), which Plaintiff opposes. (ECF 139).

Defendants' motion to stay the entire case (ECF 137) is **DENIED.**

Plaintiff's motion to stay discovery (ECF 142) is **GRANTED.** Discovery is hereby **STAYED** until **April 23, 2025,** or until pro bono counsel is secured and files a notice of appearance in this case, if it occurs before April 23, 2025.

Because the Court has scheduled separate pre-settlement conference calls for Plaintiff and Defendants on April 23, 2025, (ECF Nos. 140, 141), Plaintiff's motion for a settlement conference (ECF 132) is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 132, 137, and 142.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 21, 2025
      New York, New York

**Ona T. Wang**
United States Magistrate Judge