**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

           Plaintiff,

           -against-

THE NIELSEN COMPANY (US) LLC, et al.,

           Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on this matter on April 23, 2025. (ECF Nos. 140, 141). While Plaintiff continues to be self-represented, the Court finds that further settlement discussions would be unproductive at this time.

On March 21, 2025, the Court stayed discovery until April 23, 2025, or until *pro bono* counsel was secured for Mr. Liu and filed a notice of appearance in this case. (ECF 144). As of April 23, no pro bono counsel has filed a notice of appearance on the docket. (*See* Docket). The Court hereby **EXTENDS** the stay on discovery *nunc pro tunc* until **May 14, 2025.**

The Court will hold an In-Person Status Conference on **Wednesday, May 14, 2025, at 11:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007,** to discuss discovery and next steps in this case. The parties are directed to file a joint proposed agenda of two pages or less for the conference by **May 7, 2025.** If the parties cannot agree on a joint proposed agenda, they are directed to file separate proposed agendas of one page or less by **May 7, 2025.** If Plaintiff is still self-represented by May 14, 2025, he may file a request to appear at the May 14 Conference telephonically.

If a pro bono attorney is secured before the May 14 Status Conference, they may make a new application to the Court to continue settlement negotiations.

**SO ORDERED.**

Dated: April 23, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge