UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frank Liu, <br><br>    Plaintiff, <br><br>v. <br><br>The Nielsen Company (US) LLC, et al., <br><br>    Defendants. | Case No. 1:22-cv-09084-JHR-OTW <br><br> Judge Jennifer H. Rearden |

**DEFENDANTS' PROPOSED AGENDA FOR MAY 14, 2025 STATUS CONFERENCE**

Because the Parties have not been able to agree on a joint proposed agenda, Defendants TNC US Holdings and The Nielsen Company (US), LLC ("Defendants") separately submit the below proposed agenda for the upcoming May 14, 2025 status conference.

1. **Status of *Pro Bono* Counsel for Plaintiff and Discovery Procedure**

Defendants believe discovery should be stayed until Plaintiff has secured *pro bono* counsel and such counsel has filed a notice of appearance in this case. Once the stay is lifted, discovery should begin in accordance with the Federal Rules of Civil Procedure.

2. **Status of Settlement Discussions**

Defendants are amenable to continuing settlement discussions with Plaintiff after he secures *pro bono* counsel.

Dated: Chicago, Illinois
May 7, 2025

Respectfully submitted,

By: /s/ *Cardelle Spangler*
    Cardelle Spangler (admitted *pro hac vice*)

1

AmericasActive:21312688.1

WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
CSpangler@winston.com

*Attorney for Defendants*
*TNC US Holdings*
*The Nielsen Company (US), LLC*

AmericasActive:21312688.1