**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

        Plaintiff,

        -against-

THE NIELSEN COMPANY (US) LLC, et al.,

        Defendants.
------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 147, 148, 149, and 150.

On April 23, 2025, the Court extended the stay on discovery until April 23, 2025, or until pro bono counsel was secured for *pro se* Plaintiff Frank Liu. On May 13, 2025, pro bono counsel for Mr. Liu filed a notice of appearance. (*See* ECF 150).

The May 14, 2025, status conference will proceed as originally scheduled in person. Pro bono counsel for Mr. Liu should appear in person. If he wishes, Mr. Liu may also join telephonically to <u>listen</u> to the conference; if so, he is to notify the Court through his pro bono counsel, and the Court will initiate the call using the phone number listed on the docket. Defense counsel must still attend in person.

Mr. Liu's request for an extension of time to file a proposed case management plan and agenda is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF 149.

**SO ORDERED.**

Dated: May 13, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge