UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK LIU,<br><br>                          Plaintiff,<br><br>        v.<br><br>THE NIELSEN COMPANY (US) LLC<br>And TNC US HOLDINGS,<br><br>                          Defendants. | Docket No. 22-cv-09084 (JHR)(OTW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that BLAIR J. HENDRICKS, an associate of the firm of SOKOLOFF STERN LLP, attorneys for plaintiff, hereby files this notice for purpose of receiving ECF alerts via email.  This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  Carle Place, New York
             May 13, 2025

                                                                    **SOKOLOFF STERN LLP**
                                                                    *Attorneys for Plaintiff*

                                              By:     BLAIR J. HENDRICKS
                                                          179 Westbury Avenue
                                                          Carle Place, New York 11514
                                                          (516) 334-4500
                                                          File No. 250131LI

To:     All counsel of record (via ECF)