UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK LIU,

               Plaintiff,

   v.

THE NIELSEN COMPANY (US) LLC
And TNC US HOLDINGS,

              Defendants.

Docket No. 22-cv-09084(JHR)(OTW)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that VINCENT E. FERRY, an associate of the firm of SOKOLOFF STERN LLP, attorneys for plaintiff, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
        May 13, 2025

                                        **SOKOLOFF STERN LLP**
                                        *Attorneys for Plaintiff*

By:   VINCENT E. FERRY
        179 Westbury Avenue
        Carle Place, New York 11514
        (516) 334-4500
        File No. 250131LI

To:   All counsel of record (via ECF)