**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FRANK LIU,                                              :
                                                       :
                    Plaintiff,                         :                    22-CV-9084 (JHR) (OTW)
                                                       :
            -against-                                  :                    **ORDER**
                                                       :
THE NIELSEN COMPANY (US) LLC, et al.,                  :
                                                       :
                    Defendants.                        :
                                                       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on this matter on May 14, 2025. As **ORDERED** at the

May 14 conference:

1) The fact discovery deadline is hereby **EXTENDED** to **June 1, 2025, without**

   **prejudice to further extensions**.

2) The parties are directed to meet and confer and file a new case management

   plan by **May 23, 2025.**


        **SO ORDERED.**



                                                            _s/ Ona T. Wang_____
Dated: May 14, 2025                                         **Ona T. Wang**
        New York, New York                                 United States Magistrate Judge