UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANK LIU,

          Plaintiff,

     -against-

THE NIELSEN COMPANY (US) LLC, et al.,

          Defendants.
------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **July 25, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: June 17, 2025                                   **Ona T. Wang**
       New York, New York                       United States Magistrate Judge