

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

July 25, 2025

Via ECF
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
        Docket No. 22-cv-09084 (JHR) (OTW)
        File No. 250131LI

Your Honor:

  This firm represents plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a joint status update on this matter. At this time, the parties have exchanged initial disclosures. The parties intend to serve initial discovery demands and responses to the initial demands before the next status letter is due to the Court. At this time, the parties do not have any disputes requiring judicial resolution.

  On June 30, 2025, Plaintiff made an updated demand to Defendants. At this time, Defendants have not made a counteroffer, and the parties have agreed that revisiting settlement discussions in the future may be productive. As such, the parties will continue on with discovery at this time.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              SOKOLOFF STERN LLP

              *Blair Hendricks*

              BLAIR J. HENDRICKS

cc: All parties by ECF

LONG ISLAND  ▪  HUDSON VALLEY