**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

August 29, 2025

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
              Docket No. 22-cv-09084 (JHR) (OTW)
              File No. 250131LI

Your Honor:

      This firm represents plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a joint status update on this matter. At this time, the parties have served their initial discovery demands. The parties have agreed to a mutual extension of time to serve responses and both parties anticipate serving responses before the next status letter is due. Additionally, the parties also anticipate serving several notices of deposition before the next status letter is due to the Court. At this time, the parties do not have any disputes requiring judicial resolution.

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                  SOKOLOFF STERN LLP

                                                  *Blair Hendricks*

                                                  BLAIR J. HENDRICKS

cc: All parties by ECF