**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

VINCENT E. FERRY
vferry@sokoloffstern.com

September 26, 2025

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
              Docket No. 22-cv-09084 (JHR) (OTW)
              File No. 250131LI

Your Honor:

      This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a joint status update on this matter. On September 26, 2025, Plaintiff served responses to Defendants' requests for admission, interrogatories, and document demands. Defendants have served their responses to Plaintiff's discovery demands, and Plaintiff is currently reviewing Defendants' discovery responses. The parties will notify the Court if any discovery disputes arise.

      Additionally, Plaintiff and Defendants have served notices of deposition. At this time, the parties do not have any disputes requiring judicial resolution.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      SOKOLOFF STERN LLP

      VINCENT E. FERRY

cc: All parties by ECF