**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

VINCENT E. FERRY
VFERRY@SOKOLOFFSTERN.COM

October 31, 2025

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
               Docket No. 22-cv-09084 (JHR) (OTW)
               File No. 250131LI

Your Honor:

      This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a status update on this matter. The parties have been discussing the possibility of resolving this case through mediation. While the parties have not yet finalized the details or conditions of such mediation, those discussions are ongoing. Defendants believe a brief status call with the Honorable Judge Wang may be helpful in moving this case forward and request the Court set a telephonic conference on a date and time that is convenient for the Court.

      Should the parties ultimately determine that mediation would not be productive at this time, we will meet and confer regarding the logistics of continuing discovery and scheduling depositions.

      We thank the Court for its continued attention to this matter.

      Respectfully submitted,

      SOKOLOFF STERN LLP

      */s/ Vincent Ferry*

      VINCENT E. FERRY

cc: All parties by ECF