**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

               Plaintiff,

               -against-

THE NIELSEN COMPANY (US) LLC, et al.,

               Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, November 18, 2025 at 3:00 p.m.**  Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: November 6, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge