**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

VINCENT E. FERRY
VFERRY@SOKOLOFFSTERN.COM

November 26, 2025

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
               Docket No. 22-cv-09084 (JHR) (OTW)
               File No. 250131LI

Your Honor:

      This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a status update.

      Defendants have provided a counteroffer to Plaintiff's initial settlement demand, and the parties have agreed to attend mediation, with Defendants to bear the costs of private mediation. The parties are conferring as to a mediator and scheduling.

      In light of ongoing discussions about mediation, Plaintiff respectfully requests an extension of the current deadline to complete depositions from February 20, 2026 to March 20, 2026 to allow the parties to focus their efforts on mediation rather than logistical challenges of taking depositions. Plaintiff intends to continue with paper discovery until mediation is scheduled as he believes the additional documents will assist in assessing the value of the case, and to prevent continued delays. Additionally, per the telephone conference held on November 18, 2025, Plaintiff believes an ex parte call with Judge Wang may be helpful in facilitating resolution.

      We thank the Court for its continued attention to this matter.

                                        Respectfully submitted,

                                        SOKOLOFF STERN LLP

                                        */s/ Vince Ferry*

                                        VINCENT E. FERRY

cc: All parties by ECF

LONG ISLAND   ▪   HUDSON VALLEY