**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FRANK LIU,

              Plaintiff,

              -against-

THE NIELSEN COMPANY (US) LLC, et al.,

              Defendants.

------------------------------------------------------------x

22-CV-9084 (JHR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, January 27, 2026 at 2:00 p.m.** <u>for Plaintiff's counsel ONLY</u>.  Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

Dated: December 3, 2025
       New York, New York

                                                  *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                                United States Magistrate Judge