UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FRANK LIU,                                            :
                                                      :
              Plaintiff,                      :    22-CV-9084 (JHR) (OTW)
                                                      :
              -against-                      :    **SCHEDULING ORDER**
                                                      :
THE NIELSEN COMPANY (US) LLC, et al.,                 :
                                                      :
             Defendants.                     :
                                                      :
                                                      :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, January 27, 2026 at 2:30 p.m.** for Defense counsel ONLY.  Please call Chambers at 212-805-0260 when all counsel are on the line.

     **SO ORDERED.**

                                                                                    _s/ Ona T. Wang_
Dated: December 3, 2025                                 **Ona T. Wang**
       New York, New York                  United States Magistrate Judge