**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

January 30, 2026

Via ECF
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
              Docket No. 22-cv-09084 (JHR) (OTW)
              File No. 250131LI

Your Honor:

      This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a status update on this matter. The parties have selected a mediator and are prepared to attend mediation on April 8, 2026.

      Given that the witnesses and attorneys are located in different states, both parties agree it makes sense to stay depositions until after mediation. If the case does not resolve at mediation, both sides will continue on with depositions.

      However, the parties disagree on continuing paper discovery at this juncture. As mediation will not take place until April, Plaintiff intends to continue with paper discovery up through mediation. Plaintiff's view is that continuation of paper discovery will prevent this case from languishing, may assist each side in better valuing the case, and the benefit of conducting ESI discovery and preventing further stagnation outweighs the costs.

      Defendants' view is that they have already produced the evidence that is relevant to the claims in this case and that continuation of written discovery, particularly any ESI-related discovery, should not be permitted prior to mediation as such discovery imposes needless costs on Defendants.

SOKOLOFF STERN LLP

Honorable Ona T. Wang
January 30, 2026
Page 2 of 2

  The parties respectfully request that the current discovery deadline of February 20, 2026 be extended to April 21, 2026. If the parties are unable to resolve the case during the April 8, 2026 mediation, they will continue on with depositions and any other outstanding discovery.

  We thank the Court for its continued attention to this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

*Blair Hendricks*

BLAIR J. HENDRICKS

cc: All parties by ECF