

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

Februrary 27, 2026

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
      Docket No. 22-cv-09084 (JHR) (OTW)
      File No. 250131LI

Your Honor:

   This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a status update on this matter. Mediation is scheduled for April 8, 2026.

   As set forth in the previous letter, the parties agreed depositions should be stayed pending mediation but disagree on continuing paper discovery up through the point of mediation. As Plaintiff understands, paper discovery is not currently stayed. On February 17, 2026 Plaintiff served a deficiency letter on Defendants and is awaiting a response. Per Plaintiff, Defendants' initial responses were deficient, and continuing paper at this stage is necessary in order to prevent this case from stagnating and will assist the parties in valuing the case.

   Defendants' position is that its initial responses were complete and sufficient, and they shall respond to Plaintiff's specific objections in writing by the date requested by Plaintiff. Defendants reiterate their position set forth in the parties' January 30, 2026 discovery update that they have already produced the evidence that is relevant to the claims in this case and that continuation of written discovery should not be permitted prior to mediation, as such discovery imposes needless costs on Defendants.

   The parties respectfully request that the current discovery deadline of February 20, 2026 be extended to April 21, 2026. If the parties are unable to resolve the case during the April 8, 2026 mediation, they will continue on with depositions and any other outstanding discovery.

LONG ISLAND  ▪  HUDSON VALLEY

SOKOLOFF STERN LLP

Honorable Ona T. Wang
February 27, 2026
Page 2 of 2

    We thank the Court for its continued attention to this matter.

                                 Respectfully submitted,

                                 SOKOLOFF STERN LLP

                                 *Blair Hendricks*

                                 BLAIR J. HENDRICKS

cc: All parties by ECF