

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

March 27, 2026

Via ECF
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
               Docket No. 22-cv-09084 (JHR) (OTW)
               File No. 250131LI

Your Honor:

This firm represents Plaintiff Frank Liu. We write jointly with Defendants to provide the Court with a status update on this matter. Mediation is scheduled for April 8, 2026.

As set forth in the previous letter, the parties agreed depositions should be stayed pending mediation but disagree on continuing paper discovery up through the point of mediation. As Plaintiff understands, paper discovery is not currently stayed. Plaintiff recently received Defendants' letter response to the deficiency letter and still finds responses deficient and that the continued lack of meaningful discovery continues to impede both parties' ability to appropriately value the case for mediation.

Defendants reiterate their position that they have already produced the evidence that is relevant to the claims in this case and that continuation of written discovery prior to mediation is unnecessary and imposes needless costs on Defendants.

As set forth in previous status letters, the parties respectfully request extension of the current discovery deadline as both parties agreed to stay depositions until mediating in good faith on April 8, 2026. Should the case not resolve during mediation, the parties will require additional time to conduct depositions and resolve paper discovery disputes.

LONG ISLAND    ▪    HUDSON VALLEY

SOKOLOFF STERN LLP

Honorable Ona T. Wang
March 27, 2026
Page 2 of 2

       We thank the Court for its continued attention to this matter.

                            Respectfully submitted,

                            SOKOLOFF STERN LLP

                            BLAIR J. HENDRICKS

cc: All parties by ECF