179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

VINCENT FERRY
VFERRY@SOKOLOFFSTERN.COM

April 9, 2026

Via ECF
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Liu v. Nielsen Company (US) LLC and TNC US Holdings.*
> Docket No. 22-cv-09084 (JHR) (OTW)
> File No. 250131LI

Your Honor:

This firm represents Plaintiff Frank Liu. We write to inform the Court that the parties reached a settlement at the mediation held on April 8, 2026.

In light of the settlement, Mr. Liu respectfully requests a conference to address the status and scope of the Protective Order (ECF Docket No. 110.) Specifically, Mr. Liu seeks clarity as to whether the Protective Order remains in effect following the discontinuance of the action, and what, if any, continuing obligations of the order apply to him after the case is concluded.

Defendants have advised that they do not object to Mr. Liu requesting a conference on this issue.

We thank the Court for its consideration of this request.

Respectfully submitted,

SOKOLOFF STERN LLP

BLAIR J. HENDRICKS

LONG ISLAND    ▪    HUDSON VALLEY

SOKOLOFF STERN LLP

Honorable Ona T. Wang
April __, 2026
Page 2 of 2

cc: All parties by ECF